UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------

HOWARD HOUSTON,

        V.

SEWARD & KISSEL, LLP,

--------------------------------------------------------------

ATTORNEY:
Kaufmann, Feiner, Yamin
Gildin & Robbins, LLP

Case No. 07 CV 6305

Date of Filing: July 10, 2007
Judge Baer

## Affidavit of Service

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF 18 YEARS AND RESIDES WITHIN THE STATE OF NEW YORK.

That July 17, 2007 at 3:48 p.m. at One Battery Park Plaza, New York, N.Y. 10004

Deponent served the within <u>Summons and Complaint in a Civil Case and Individual Rules of the Judges</u>

upon <u>SEWARD & KISSEL, LLP</u>
by delivering to and leaving a true copy of each with <u>IRA J. ARONSON (Managing Clerk)</u> a person of suitable age and discretion and who was authorized to receive said documents.

<u>Deponent describes the individual served as follows:</u>

| Sex | Skin Color | Hair Color | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | White | Brown/gray | 48 | 6'0" | 180 |

Other Identifying Features: _____

(X) <u>The Index No. and Date of Filing were endorsed upon the documents so served.</u>

Michael Weiner
License No.1145455

Sworn to before me on July 18, 2007

ALIZA ROSHAN
NOTARY PUBLIC-STATE OF NEW YORK
NO. 01RO6030066
QUALIFIED IN NASSAU COUNTY
COMM. EXPIRES SEPTEMBER 7, 2009

**SEWARD & KISSEL LLP**

Ira J. Aronson
MANAGING CLERK

One Battery Park Plaza
New York, NY 10004
Tel 212-574-1559
Fax 212-480-8421
aronson@sewkis.com
www.sewkis.com



Certified Lawyers Service