UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

HOWARD HOUSTON,                              :        07 Civ. 6305 (HB)

                Plaintiff,              :

                                                              **NOTICE OF**
-v.                                          :        **APPEARANCE**

SEWARD & KISSEL, LLP,                        :

                Defendants.            :

------------------------------------------------------------X

        Please take notice that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Defendant Seward & Kissel LLP.


Dated: New York, NewYork
       August 31, 2007


                                           PAUL, WEISS, RIFKIND, WHARTON
                                           & GARRISON LLP

                                           By: ___/s/ Gerard Harper_____
                                                 Gerard E. Harper
                                           1285 Avenue of the Americas
                                         New York, NY 10019
                                         (212) 373-3000

                                         *Attorneys for Seward & Kissel LLP*


To: All Counsel of Record