UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| HOWARD HOUSTON, | :    07 Civ. 6305 (HB) |
| Plaintiff, | : |
| -v.- | :    **NOTICE OF APPEARANCE** |
| SEWARD & KISSEL, LLP, | : |
| Defendants. | : |

-------------------------------------------------------------X

      Please take notice that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Defendant Seward & Kissel LLP.

Dated: New York, NewYork
      August 31, 2007

                                      PAUL, WEISS, RIFKIND, WHARTON
                                      & GARRISON LLP

                                      By: _____/s/ Julia Mason_____
                                            Julia Tarver Mason
                                      1285 Avenue of the Americas
                                      New York, NY 10019
                                      (212) 373-3000

                                      *Attorneys for Seward & Kissel LLP*

To: All Counsel of Record