UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HOWARD HOUSTON,                                          :        07 Civ. 6305 (HB)

                Plaintiff,             :
                                                                  **NOTICE OF**
      -v.                                               :        **<u>APPEARANCE</u>**

SEWARD & KISSEL LLP,                                     :

                Defendants.            :

-----------------------------------------------------------------X

      Please take notice that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Defendant Seward & Kissel LLP.


Dated: New York, New York
       August 31, 2007

                                                   PAUL, WEISS, RIFKIND, WHARTON
                                                   & GARRISON LLP

                                                   By: _____
                                                        Jana C. Ramsey
                                                 1285 Avenue of the Americas
                                                 New York, NY 10019
                                                 (212) 373-3000

                                                 *Attorneys for Seward & Kissel LLP*

To:  All Counsel of Record