UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOWARD HOUSTON,<br><br>               Plaintiff,<br><br>       v.<br><br>SEWARD & KISSEL LLP,<br><br>               Defendant. | <u>ECF Case</u><br><br>07 Civ. 6305 (HB)<br><br><u>Oral Argument Requested</u> |

## DECLARATION OF JANA C. RAMSEY

Jana C. Ramsey declares pursuant to 28 U.S.C. § 1746:

1. I am a member of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for defendant Seward & Kissel LLP ("S&K"). I submit this Declaration in support of S&K's Motion to Dismiss the Complaint.

2. Attached to this Declaration are true and correct copies of the following documents:

| | |
|---|---|
| Exhibit A: | Wood River Partners, L.P. Confidential Private Offering Memorandum, dated June 2004 |
| Exhibit B: | Wood River Partners, L.P., Subscription Agreement, undated |
| Exhibit C: | Wood River Partners, L.P., Limited Partnership Agreement, dated September 3, 2003 |
| Exhibit D: | Complaint, dated October 13, 2005, *Securities and Exchange Commission* v. *Wood River Capital Management, LLC*, No. 05 Civ. 8713 (S.D.N.Y. 2005) |
| Exhibit E: | Indictment, dated February 1, 2007, *United States* v. *Whittier*, 07 Crim. 087 (S.D.N.Y. 2007) |
| Exhibit F: | Consent of Defendant John Hunting Whittier, *Securities and Exchange Commission* v. *Wood River Capital Management, LLC*, No. 05 Civ. 8713 (S.D.N.Y. 2005) |

| | |
|---|---|
| Exhibit G: | Transcript, dated May 30, 2007, *United States* v. *Whittier*, 07 Crim. 087 (S.D.N.Y. 2007) |
| Exhibit H: | *Friedman* v. *Hartmann*, 1994 WL 97104 (S.D.N.Y. Mar. 23, 1994) |
| Exhibit I: | *Myers* v. *Merrill Lynch & Co.*, 1999 WL 696082 (N.D. Cal. Aug. 23, 1999) |
| Exhibit J: | *Rolex Employees Ret. Trust* v. *Mentor Graphics Corp.*, 1991 WL 45714 (D. Or. Mar. 26, 1991) |
| Exhibit K: | *In re Towers Fin. Corp. Noteholders Litig.*, 1995 WL 571888 (S.D.N.Y. Sept. 20, 1995) |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 31, 2007, New York, New York.

_____
Jana C. Ramsey