AFFIDAVIT OF SERVICE BY FED EX

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NEW YORK  )

Dytonia L Reed, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On August 31, 2007, I served true copies of the foregoing: NOTICE OF MOTION, MEMORANDUM IN SUPPORT OF SEWARD & KISSEL LLP'S MOTION TO DISMISS THE COMPLAINT, DECLARATION OF JANA C. RAMSEY, NOTICE OF APPEARANCE, NOTICE OF APPEARANCE, NOTICE OF APPEARANCE AND NOTICE OF APPEARANCE on the following:

Wayne M. Josel
Kaufmann, Feiner ,Yamin, Gildin & Robbins LLC
777 Third Avenue
Floor 24
New York, NY  10017

Roberts S. Bank, Jr Esq
Bank of Law Office
209 SW Oak Street, Suite 400
Portland, Oregon 97204

3. I made such service by personally enclosing true copies of the aforementioned document in a properly addressed prepaid wrapper and delivering it to a Federal Express office for Priority Overnight delivery.

_____
Dytonia L. Reed

Sworn to before me this
31st day of August 2007

_____
Notary Public

CANDY L. HERSOM
Notary Public, State of New York
No. 01HE6155714
Qualified in Kings County
Commission Expires November 20, 2010