DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOWARD HOUSTON,

    Plaintiff,

-against-

SEWARD & KISSEL LLP,

    Defendant.

Civil Action No. 07 Civ. 6305 (HB)

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for defendant Seward & Kissel LLP to move, answer, or otherwise respond to the complaint in the above-captioned action shall be extended to and including August 31, 2007.

Dated: New York, New York
   August 20, 2007

KAUFMANN, FEINER, YAMIN,
GILDIN & ROBBINS, LLC

By: /s/ Wayne Josel
David E. Robbins, Esq. (DR 8744)
Wayne M. Josel, Esq. (WJ 2813)
777 Third Avenue, 24th Floor
New York, NY 10017
(212) 755-3100

Of Counsel:
BANKS LAW OFFICE
Robert S. Banks, Jr.
209 SW Oak Street, Suite 400
Portland, OR 97204
(503) 222-7474

Attorneys for Plaintiff

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By: /s/
Gerard E. Harper, Esq.
Julia Tarver Mason, Esq.
Jacqueline P. Rubin, Esq.
Jana Ramsey, Esq.
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000

Attorneys for Defendant

SO ORDERED
Harold Baer, Jr., U.S.D.J.
9/3/07