KAUFMANN, FEINER, YAMIN,
GILDIN & ROBBINS, LLP
David E. Robbins (DR 8744)
Wayne M. Josel (WJ 2813)
777 Third Avenue, 24th Floor
New York, New York 10017
212-755-3100

BANKS LAW OFFICE, P.C.
Robert S. Banks, Jr.
209 SW Oak Street, Suite 400
Portland, Oregon 97204
503-222-7475

Attorneys for Plaintiff

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/6/07
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

HOWARD HOUSTON,  )
  ) Civil Action No. 07 Civ. 6305 (HB)
 Plaintiff,  )
  ) ORDER FOR PRO HAC VICE ON
 -against-  ) WRITTEN MOTION
  )
SEWARD & KISSEL, LLP,  )
  )
 Defendant.  )
  )

Upon the motion of David E. Robbins, attorney for Howard Houston and said sponsor attorney's affirmation in support;

**IT IS HEREBY** ORDERED that

Applicants Name: Robert S. Banks, Jr.

Firm Name: Banks Law Office, P.C.

Address: 209 SW Oak Street, Suite 400

City, State, Zip: Portland, OR 97204

Phone/Fax Number: 503-222-7475/503-467-7689

Email Address: bob@bankslawoffice.com

is admitted to practice pro hac vice as counsel for Howard Houston in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the governing Rules discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF)

system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: August____, 2007

New York, NY

_____
United States District/Magistrate Judge

Application for Pro Hac Vice GRANTED. The Clerk is instructed to close this motion.

SO ORDERED.

Hon. Harold Baer Jr., U.S.D.J.
Date: 9/5/07