DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOWARD HOUSTON,

    Plaintiff,

-against-

SEWARD & KISSEL LLP,

    Defendant.

Civil Action No. 07 Civ. 6305 (HB)

## STIPULATION AND ORDER

WHEREAS, defendant Seward & Kissel LLP, on August 31, 2007, filed a motion to dismiss the above-captioned action;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for plaintiff Howard Houston to oppose Seward & Kissel's motion to dismiss the above-captioned action shall be extended to and including September 28, 2007, and the time for Seward & Kissel to reply to Howard Houston's opposition shall be extended to and including October 17, 2007.

Dated: New York, New York
       August 30, 2007

KAUFMANN, FEINER, YAMIN,
GILDIN & ROBBINS LLC

By: _____
    David E. Robbins, Esq. (DR 8744)
    Wayne M. Josel, Esq. (WJ 2813)
777 Third Avenue, 24th Floor
New York, NY 10017
(212) 755-3100

Of Counsel:

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By: _____
    Gerard E. Harper, Esq.
    Julia Tarver Mason, Esq.
    Jacqueline P. Rubin, Esq.
    Jana Ramsey, Esq.
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000

BANKS LAW OFFICE
Robert S. Banks, Jr.
209 SW Oak Street, Suite 400
Portland, OR 97204
(503) 222-7474

Attorneys for Plaintiff

Attorneys for Defendant

SO ORDERED:

*/s/ Harold Baer* 9/6/07

The Honorable Harold Baer, Jr.
United States District Judge