UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOWARD HOUSTON,<br><br>            Plaintiff,<br><br>v.<br><br>SEWARD & KISSEL LLP,<br><br>            Defendant. | 07 Civ. 6305 (HB)<br><br>**NOTICE TO COURT THAT ACTION INVOLVES CHALLENGE TO CONSTITUTIONALITY OF STATE STATUTE**<br><br>(Fed. R. Civ. P. 5.1) |

       Seward & Kissel LLP, defendant in this action, calls to the attention of this Court, pursuant to Rule 5.1(a) of the Federal Rules of Civil Procedure and Section 2403 of Title 28 of the United States Code, that it challenges the constitutionality of ORS 59.115.

       In particular, Seward & Kissel claims that this statute is unconstitutional because it violates the dormant Commerce Clause by impermissibly regulating out of state conduct, and improperly imposes Oregon's regulations and laws on conduct occurring in, and governed by, the laws of another state.

Dated: New York, New York
       October 17, 2007

                                                  PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

                                                  By: _/s/ Jana Ramsey_
                                                        Gerard E. Harper, Esq.
                                                        Jacqueline P. Rubin, Esq.
                                                        Jana Ramsey, Esq.
                                                   1285 Avenue of the Americas
                                                   New York, NY 10019
                                                   (212) 373-3000

                                                   Attorneys for Defendant