UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOWARD HOUSTON, <br><br> Plaintiff, <br><br> v. <br><br> SEWARD & KISSEL LLP, <br><br> Defendant. | ECF Case <br><br> 07 Civ. 6305 (HB) |

## DECLARATION OF JACQUELINE P. RUBIN

Jacqueline P. Rubin declares pursuant to 28 U.S.C. § 1746:

1. I am a member of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for defendant Seward & Kissel LLP ("S&K"). I submit this Declaration in support of S&K's Motion to Dismiss the Complaint.

2. Attached to this Declaration are true and correct copies of the following documents:

Exhibit A: Order Granting Motion to Dismiss, *Houston v. Seward & Kissel LLP and John Hunting Whittier*, No. CV-2006-717 (5th Jud. Dist., Blaine Cty., Ida. Feb. 12, 2007)

Exhibit B: Excerpt from Plaintiff's Memorandum in Opposition to Motion to Dismiss of Defendant Seward & Kissel LLP, *Houston v. Seward & Kissel LLP and John Hunting Whittier*, No. CV-2006-717 (5th Jud. Dist., Blaine Cty., Ida. Feb. 12, 2007)

Exhibit C: Notice to State Attorney General Challenging the Constitutionality of State Statute

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 19, 2007, New York, New York.

_____
Jacqueline P. Rubin