# EXHIBIT A

Case 1:07-cv-06305-HB    Document 19-2    Filed 10/19/2007    Page 1 of 4

Rex Blackburn, ISB #3170
**BLACKBURN & JONES** LLP
1673 W. Shoreline Drive, Suite 200 [83702]
P.O. Box 7808
Boise, ID 83707-1808
Telephone: (208) 489-8989
Facsimile: (208) 489-8988
E-mail: rex@blackburnjoneslaw.com

Gerard E. Harper (admitted *pro hac vice*)
Julia Tarver Mason (admitted *pro hac vice*)
Jacqueline P. Rubin (admitted *pro hac vice*)
**PAUL, WEISS, RIFKIND,**
  **WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
E-mail: jrubin@paulweiss.com

**Attorneys for Defendant Seward & Kissel, LLP**



FILED
FEB 12 2007
Jolynn Drage, Clerk District
Court Blaine County, Idaho

IN THE DISTRICT COURT OF THE FIFTH JUDICIAL DISTRICT OF

THE STATE OF IDAHO, IN AND FOR THE COUNTY OF BLAINE

| | |
|---|---|
| HOWARD HOUSTON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SEWARD & KISSEL, LLP, and<br>JOHN HUNTING WHITTIER,<br><br>　　　　　Defendants. | Case No. CV 2006-717<br><br>**ORDER GRANTING<br>MOTION TO DISMISS<br>PURSUANT TO I.R.C.P. 12(b)(2)** |

The Motion to Dismiss of Defendant Seward & Kissel, LLP, having come on regularly for

hearing on the 29th day of January, 2007; the Plaintiff being represented by his attorneys of record,

ORDER GRANTING MOTION TO DISMISS PURSUANT TO I.R.C.P. 12(b)(2) - 1

Robert S. Banks, Jr., of the firm Banks Law Office, P.C., and Ned Williamson; the Defendant Seward & Kissel, LLP, being represented by its attorneys of record, Julia Tarver Mason, of the firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, and Rex Blackburn, of the firm Blackburn & Jones LLP; and the Court having considered the memoranda and affidavits filed herein, and having heard oral argument and being fully advised in the premises,

IT IS HEREBY ORDERED that:

1. The Plaintiff's action against Seward & Kissel, LLP, be dismissed for lack of personal jurisdiction; and

2. In light of the Court's finding that it lacks personal jurisdiction over Seward & Kissel, LLP, the Court need not address Seward & Kissel, LLP's motion to dismiss pursuant to Idaho Rule of Civil Procedure 12(b)(6) (failure to state a claim for which relief can be granted).

DATED this 12 day of February, 2007.

_____
ROBERT J. ELGEE, DISTRICT JUDGE

ORDER GRANTING MOTION TO DISMISS PURSUANT TO I.R.C.P. 12(b)(2) – 2

## CLERK'S ERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___12___ day of February, 2007, I served a true and correct copy of the foregoing ORDER GRANTING MOTION TO DISMISS PURSUANT TO I.R.C.P. 12(b)(2) upon each of the following individuals by causing the same to be delivered by the method and to the address indicated below:

Ned Williamson  
ATTORNEY AT LAW  
115 Second Avenue South  
Hailey, ID 83333  
   and  
Robert S. Banks, Jr.  
BANKS LAW OFFICE, P.C.  
209 SW Oak Street, Suite 400  
Portland, OR 97204  
*Counsel for Plaintiff*

[✓] U.S. Mail  
[ ] Fax: (208) 788-7901  
[ ] Overnight Delivery  
[ ] Messenger Delivery  

[✓] U.S. Mail  
[ ] Fax: (503) 467-7689  
[ ] Overnight Delivery  
[ ] Messenger Delivery

Rex Blackburn  
BLACKBURN & JONES LLP  
P.O. Box 7808  
Boise, ID 83707-1808  
   and  
Gerard E. Harper  
Julia Tarver Mason  
Jacqueline P. Rubin  
PAUL, WEISS, RIFKIND,  
   WHARTON & GARRISON LLP  
1285 Avenue of the Americas  
New York, NY 10019-6064  
*Counsel for Defendant Seward & Kissel*

[✓] U.S. Mail  
[ ] Fax: (208) 489-8988  
[ ] Overnight Delivery  
[ ] Messenger Delivery  

[✓] U.S. Mail  
[ ] Fax: (212) 757-3990  
[ ] Overnight Delivery  
[ ] Messenger Delivery

Jeffrey A. Thomson  
Loren C. Ipsen  
ELAM & BURKE, P.A.  
P.O. Box 1539  
Boise, ID 83701  
*Counsel for Defendant Whittier*

[✓] U.S. Mail  
[ ] Fax: (208) 384-5844  
[ ] Overnight Delivery  
[ ] Messenger Delivery

JOLYNN DRAGE, CLERK

By ____/s/____  
DEPUTY CLERK

ORDER GRANTING MOTION TO DISMISS PURSUANT TO I.R.C.P. 12(b)(2) - 3