# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOWARD HOUSTON,<br><br>            Plaintiff,<br><br>            v.<br><br>SEWARD & KISSEL LLP,<br><br>            Defendant. | 07 Civ. 6305 (HB)<br><br>**NOTICE TO STATE ATTORNEY GENERAL CHALLENGING THE CONSTITUTIONALITY OF STATE STATUTE**<br><br>(Fed. R. Civ. P. 5.1) |

TO THE ATTORNEY GENERAL OF THE STATE OF OREGON:

    TAKE NOTICE that attached to this document are:

1. A copy of a notice filed in the United States District Court for the Southern District of New York on October 16, 2007, stating that Seward & Kissel LLP, defendant in this action, has raised a constitutional challenge to ORS 59.115.

2. A copy of the Memorandum in Support of Defendant Seward & Kissel LLP's Motion to Dismiss, in which the constitutional challenge is raised.

Dated: New York, New York
        October 17, 2007

                                      PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

                                      By: _____
                                           Gerard E. Harper, Esq.
                                           Jacqueline P. Rubin, Esq.
                                           Jana Ramsey, Esq.

                                        1285 Avenue of the Americas
                                        New York, NY 10019
                                        (212) 373-3000

                                        Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOWARD HOUSTON,<br><br>                Plaintiff,<br><br>        v.<br><br>SEWARD & KISSEL LLP,<br><br>                Defendant. | 07 Civ. 6305 (HB)<br><br>**NOTICE TO COURT THAT ACTION INVOLVES CHALLENGE TO CONSTITUTIONALITY OF STATE STATUTE**<br><br>(Fed. R. Civ. P. 5.1) |

       Seward & Kissel LLP, defendant in this action, calls to the attention of this Court, pursuant to Rule 5.1(a) of the Federal Rules of Civil Procedure and Section 2403 of Title 28 of the United States Code, that it challenges the constitutionality of ORS 59.115.

       In particular, Seward & Kissel claims that this statute is unconstitutional because it violates the dormant Commerce Clause by impermissibly regulating out of state conduct, and improperly imposes Oregon's regulations and laws on conduct occurring in, and governed by, the laws of another state.

Dated: New York, New York
       October 17, 2007

                                            PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

                                            By: _____
                                                  Gerard E. Harper, Esq.
                                                  Jacqueline P. Rubin, Esq.
                                                  Jana Ramsey, Esq.
                                            1285 Avenue of the Americas
                                            New York, NY 10019
                                            (212) 373-3000

                                            Attorneys for Defendant