DOC # _____



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOWARD HOUSTON,

    Plaintiff,

-against-

SEWARD & KISSEL LLP,

    Defendant.

Civil Action No. 07 Civ. 6305 (HB)

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for defendant Seward & Kissel to reply to plaintiff Howard Houston's memorandum in opposition to Seward & Kissel's motion to dismiss the above-captioned action shall be extended to and including October 19, 2007.

Dated: New York, New York
      October 15, 2007

Of Counsel:
BANKS LAW OFFICE

By: /s/ Robert S. Banks, Jr.

209 SW Oak Street, Suite 400
Portland, OR 97204
(503) 222-7474

KAUFMAN, FEINER, YAMIN,
GILDIN & ROBBINS, LLC
777 Third Avenue, 24th Floor
New York NY 10017
(212) 755-3100

Attorneys for Plaintiff

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By: /s/ Gerard E. Harper, Esq.
Jacqueline P. Rubin, Esq.
Jana Ramsey, Esq.

1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000

Attorneys for Defendant

SO ORDERED:

_____
The Honorable Harold Baer, Jr.
United States District Judge