UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOWARD HOUSTON,

       Plaintiff,

-v-

SEWARD & KISSEL LLP,

       Defendant.

Civil Action No. 07 Civ. 6305 (HB)



## STIPULATION MODIFYING PRETRIAL ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that each deadline in the Pretrial Scheduling Order be extended by ninety (90) days as set forth below:

1. This case will be added to the December 2008 trial calendar.

2. All fact discovery will be completed by July 15, 2008.

3. No party may make a dispositive motion returnable after September 15, 2008.

4. A joint pretrial order will be submitted by November 24, 2008.

Dated: New York, New York
       April 3, 2008

THE BANKS LAW OFFICE, P.C.

By: _____
Robert S. Banks, Jr. Esq.
209 SW Oak St., Suite 400
Portland, OR 97204
(503) 222-7474
bob@bankslawoffice.com

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By: _____
Gerard E. Harper, Esq.
Julia Tarver Mason, Esq.
Jacqueline P. Rubin, Esq.
Jana Ramsey, Esq.
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
jramsey@paulweiss.com

1

KAUFMANN, FEINER, YAMIN,
GILDIN & ROBBINS, LLC
 David E. Robbins, Esq.
777 Third Avenue, 24th Floor
New York, NY 10017
(212) 755-3100
drobbins@kaufmannfeiner.com

Attorneys for Defendant

Attorneys for Plaintiff

SO ORDERED:
_____
The Honorable Harold Baer, Jr.
United States District Judge

① Either you didn't account for cross country discovery although you knew very well that the case would entail just that.

or

② you weren't listening when I went thru my patter about how you get to pick the dates but as for trial month it doesn't change.

or

③ You didn't care, albeit on 7/6/07 you were both here & both signed the PTSO.

④ All that being said we will be going to trial in September — other dates are more flexible — but of course if you will be moving for S/J etc I need 60 days to decide but decide or not we will be going to trial in September. This seems to allow another month ie July 13 for motions & a late September trial. Discovery may continue up to filing of motions.

SO ORDERED:
[signature] Harold Baer, Jr., U.S.D.J.
4/7/08

2

Endorsement:

1. Either you didn't account for cross country discovery although you knew very well that the case would entail just that or

2. You weren't listening when I went through my patter about how you get to pick the dates but as for trial month it doesn't change or

3. You didn't care, albeit on 4/6/07 you were both here and both signed the PTSO.

4. All that being said we will be going to trial in September all other dates are more flexible but of course if you will be moving for summary judgment etc. I need 60 days to decide but decide or not we will be going to trial in September. This seems to allow another month, ie., July 13 for motions to a late September trial. Discovery may continue up to filing of motions.