DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOWARD HOUSTON,

        Plaintiff,

        -v-

SEWARD & KISSEL LLP,

        Defendant.

Civil Action No. 07 Civ. 6305 (HB)

## STIPULATION

    IT IS HEREBY STIPULATED AND AGREED, by and between the

undersigned, that the time for defendant Seward & Kissel LLP to answer the complaint in

this action is hereby extended to and including April 18, 2008.

Dated: New York, New York
       April 10, 2008

THE BANKS LAW OFFICE, P.C.

By: _____
    Robert S. Banks, Jr. Esq.
209 SW Oak St., Suite 400
Portland, OR 97204
(503) 222-7474
bob@bankslawoffice.com

KAUFMANN, FEINER, YAMIN,
GILDIN & ROBBINS, LLC
David E. Robbins, Esq.
777 Third Avenue, 24th Floor
New York, NY 10017
(212) 755-3100
drobbins@kaufmannfeiner.com

*Attorneys for Plaintiff*

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By: _____
    Gerard E. Harper, Esq.
    Julia Tarver Mason, Esq.
    Jacqueline P. Rubin, Esq.
    Jana Ramsey, Esq.
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
jramsey@paulweiss.com

*Attorneys for Defendant*

SO ORDERED:

_____
Harold Baer, Jr., U.S.D.J.

Date: _____