USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOWARD HOUSTON,

    Plaintiff,

v.

SEWARD & KISSEL LLP,

    Defendant.

ECF CASE

07 Civ. 6305 (HB)

## STIPULATION & ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above-captioned proceeding shall be and is hereby dismissed with prejudice, and each party shall bear its own costs.

Dated: ~~May~~ June ___, 2008

BANKS LAW OFFICE, P.C.

By: _____
Robert S. Banks, Jr., Esq.

209 SW Oak Street, Suite 400
Portland, OR 97204
bob@bankslawoffice.com

*Attorneys for Plaintiff*

PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP

By: _____
Gerard Harper, Esq.
Jacqueline P. Rubin, Esq.
Jana C. Ramsey, Esq.

1285 Avenue of the Americas
New York, NY 10019-6064
jramsey@paulweiss.com

*Attorneys for Defendant*

SO ORDERED:

_____ 6/15/08
Judge Harold Baer